## LAMAR v. STATE.
### No. 14631.

Court of Criminal Appeals of Texas.

Oct. 14, 1931

I. W. Culp, of Temple, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for burglary; punishment, four years in the penitentiary.

The appeal is from a conviction in the district court of Bell county, Tex. We find duly filed with the record an affidavit made by the sheriff of Irion county stating that subsequent to appellant's conviction he was confined in the county jail of Irion county, Tex., and that while so confined he made his escape from such custody and did not voluntarily return to any custody within ten days after said escape.

Under the law governing, it becomes our duty to dismiss this appeal, and it is accordingly so ordered.

## HEFNER v. STATE.
### No. 14495.

Court of Criminal Appeals of Texas.

Oct. 14, 1931.

Will R. Saunders, of Pampa, and C. C. McDonald, of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for murder; punishment being assessed at ninety-nine years' confinement in the penitentiary.

No statement of facts has been brought to this court and no bills of exception appear in the record save some objections to the court's charge and the refusal of some special charges. In the absence of the facts proven, it is impossible for this court to appraise the objections to the charge or determine whether the court was in error in the refusal of special charges.

No error appears in the record. The judgment is affirmed.

## HORNE v. STATE.
### No. 14621.

Court of Criminal Appeals of Texas.

Oct. 14, 1931.

Joe McNamara, of Waco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense is possession of intoxicating liquor for the purpose of sale; the punishment, confinement in the penitentiary for one year.

The record is before us without statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.